# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-479-GCM

| | |
|---|---|
| JULIE SZULCZEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| COX ENTERPRISES, INC. *et al.*, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Alex S. Drummond** (Doc. No. 18), which was filed January 28, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Drummond is admitted to appear before this court *pro hac vice* on behalf of Defendants Cox Media Group, LLC and WSOC Television, LLC d/b/a WSOC-TV.

**IT IS SO ORDERED.**

Signed: January 31, 2020

Graham C. Mullen
United States District Judge